1
2
3
4
5
6
7
8

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | | |
|---|---|---|
| BYRON MARTIN, | ) | NO. SA CV 16-01219-JFW(AS) |
|         Plaintiff, | ) | |
|       v. | ) | **JUDGMENT** |
| GARDEN GROVE POLICE DEPARTMENT, | ) | |
|         Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 14, 2017.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE